IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ROBERT  E  COOPER,

      Plaintiff,

v.                                                                   CASE NO. 1:05-cv-00022-MP-WCS

JO ANNE B BARNHART,

      Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the

Magistrate Judge, recommending that the decision of the Commissioner to deny Plaintiff's

application for Social Security benefits be affirmed.  Objections to Report and Recommendation

were due by December 7, 2005, but none were filed.  The Court agrees with the Magistrate

Judge that the Administrative Law Judge's decision was supported by substantial evidence in that

(1) the treating physician's work restrictions were not intended to be perpetual and were not

consistent with the overall medical evidence; and (2) alcohol dependence may not be considered

as a basis for disability.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

            The decision of the Commissioner to deny Plaintiff's application for Social
            Security benefits is affirmed.

      **DONE AND ORDERED** this  *4th* day of January, 2006


                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge